```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100110029
Cashier ID: jmorgan
Transaction Date: 10/16/2015
Payer Name: GERTI MUHO
----------------------------------
CIVIL FILING FEE
 For: GERTI MUHO
 Case/Party: D-FLS-1-15-CV-023884-001
 Amount:      $400.00
----------------------------------
CASH
 Amt Tendered: $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

1:15-CV-23884-001

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```