AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTIMUHO | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:15-CV-23884-JAL |
| SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S.WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER | ) |
| *Defendant(s)* | ) |

FILED by _____ D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LISA S.WALSH, 1351 N.W., St. 305, 12th Street, Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTI MUHO<br><br>*Plaintiff(s)*<br>v.<br>SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S. WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER<br><br>*Defendant(s)* | Civil Action No. 1:15-CV-23884-JAL |

FILED by ___ D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALICIA CONSUEGRA, 7400 S.W. 57th Court, Suite 201, South Miami, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTI MUHO<br><br>*Plaintiff(s)*<br>v.<br>SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S. WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER<br><br>*Defendant(s)* | Civil Action No. 1:15-CV-23884-JAL |

FILED by ___ D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CEM INVESTMENTS LLC, 7400 S.W. 57th Court, Suite 201, South Miami, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTIMUHO <br><br> *Plaintiff(s)* <br> v. <br> SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S. WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-CV-23884-JAL |

FILED by PB D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIZBETH BUCHBINDER, 7400 S.W. 57th Court, Suite 201, South Miami, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTIMUHO <br><br> *Plaintiff(s)* <br> v. <br> SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S.WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER <br><br> *Defendant(s)* | Civil Action No. 1:15-CV-23884-JAL |

FILED by ___ D.C.
OCT 2 3 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergio Mendez, 7100 S.W. 57th Court, Suite 202, South Miami, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTIMUHO <br><br> *Plaintiff(s)* <br> v. <br> SERGIO MENDEZ, NORMA LINDSEY, MENDEZ & MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA CONSUEGRA, LISA S.WALSH, LEXIS 1 LTD. LIZBETH BUCHBINDER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

FILED by ___ D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Action No. 1:15-CV-23884-JAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MENDEZ & MENDEZ P.A., 7100 S.W. 57th Court, Suite 202, South Miami, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GERTIMUHO<br><br>*Plaintiff(s)*<br>v.<br>SERGIO MENDEZ, NORMA LINDSEY, MENDEZ &<br>MENDEZ P.A., CEM INVESTMENTS LLC, ALICIA<br>CONSUEGRA, LISA S.WALSH, LEXIS 1 LTD.<br>LIZBETH BUCHBINDER<br><br>*Defendant(s)* | Civil Action No. 1:15-CV-23884-JAL |

FILED by ___ D.C.
OCT 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NORMA LINDSEY, 73 W Flagler St., St. 1104, Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerti Muho, 1100 Biscayne Blvd. Apt. 5303, Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: October 23, 2015

*Signature of Clerk or Deputy Clerk*